

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CCC
F.#2010R02550

*610 Federal Plaza*
*Central Islip, New York  11722*

February 9, 2011

<u>By Mail and ECF</u>

Bruce A. Barket, Esq.
Quadrino Schwartz
666 Old Country Road
Ninth Floor
Garden City, NY 11530

       Re:   <u>United States v. Vincent McCrudden</u>
             <u>Criminal Docket No. 11-61 (DRH)</u>

Dear Mr. Barket:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-referenced matter.  The government also requests reciprocal discovery.

      Enclosed are documents that include statements of the defendant, Bates-stamped 00000409-529.  If you have any questions or further requests, please do not hesitate to contact me.

                                   Very truly yours,

                                   LORETTA E. LYNCH
                                   United States Attorney
                                   Eastern District of New York

                        By:       /s/
                                   Christopher C. Caffarone
                                   Assistant U.S. Attorney
                                   (631) 715-7868

Enclosures

CC:  Clerk of Court (DRH) (w/o enclosures)