

# U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CCC<br>F.#2010R02550 | *610 Federal Plaza*<br>*Central Islip, New York  11722* |

February 14, 2011

<u>By Mail and ECF</u>

Bruce A. Barket, Esq.
Quadrino Schwartz
666 Old Country Road
Ninth Floor
Garden City, NY 11530

       Re:   United States v. Vincent McCrudden
             <u>Criminal Docket No. 11-61 (DRH)</u>

Dear Mr. Barket:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-referenced matter.  The government also renews its request for reciprocal discovery.

     Enclosed is a hard-drive containing data from a laptop computer, USB flash drives, a digital camera, a blackberry and a cellular telephone, all of which were seized from the defendant at the time of his arrest.  None of the members of the trial team have reviewed the contents of this hard drive because we are in the process of having an individual, who is not a member of the trial team, review the data on these electronic devices to remove any privileged information.  That process could take a couple of weeks.  In an effort to avoid delaying the trial, the government is providing the defendant with a copy of all the data now.

     In addition, enclosed are documents Bates-stamped 00000530-591, which includes a report of an interview of the defendant conducted by an agent of the Federal Bureau of Investigation in September, 2009 (Bates-stamped 0000530-537); an email containing statements of the defendant (Bates-stamped 0000538-539); copies of the defendant's passport, credit cards, plane ticket and business cards, all of which were recovered from the defendant at the time of his arrest (Bates-stamped 0000540-564); a receipt for the return of the defendant's property (Bates-stamped 0000565-574); phone records (Bates-stamped

                                                                 2

0000574-590); and a report of an interview of the defendant
(Bates-stamped 0000591).

       If you have any questions or further requests, please
do not hesitate to contact me.

                                     Very truly yours,

                                     LORETTA E. LYNCH
                                   United States Attorney
                                   Eastern District of New York


                         By:        /s/
                                   Christopher C. Caffarone
                                   Assistant U.S. Attorney
                                   (631) 715-7868

Enclosures

CC:  Clerk of Court (DRH) (w/o enclosures)