**VIOLATION OF SUPERVISED RELEASE**

BEFORE JUDGE: HURLEY, J.    DATE: NOVEMBER 17, 2014
      TIME: 2:25- 4:20 PM

DOCKET NUMBER: CR-11-61     TITLE: USA V. MCCRUDDEN


DEFT. NAME: VINCENT MCCRUDDEN DFT. #:   1
SUMMONS
        X  PRESENT  - ON SUPERVISED RELEASE IN CUSTODY
          ATTY FOR DEFT.: TRACEY GAFFEY (STANDBY COUNSEL)
                X PRESENT,   NOT PRESENT

A.U.S.A.: CHRISTOPHER CAFFARONE
DEPUTY CLERK: L. Lundy

COURT REPORTER(S) OR ESR OPERATOR: P. AUERHBACH
INTERPRETER(S):
PROBATION OFFICER: GREGORY CARTER


   CASE CALLED FOR ARRAIGNMENT ON THE VIOLATION REPORT DATED 2014.
   THE DEFENDANT REQUESTS TO PROCEED PRO-SE FOR THIS PROCEEDING. APPLICATION GRANTED; TRACEY GAFFEY APPOINTED AS STAND BY COUNSEL FOR TODAY'S PROCEEDING.
DEFENDANT ENTERS A PLEA OF NOT GUILTY TO THE VIOLATION REPORT.
THE GOVERNMENT REQUESTS FFOR THE DEFENDANT TO BE REMANDED.
THE DEFENDANT REQUUESTS TO BE RELEASED ON BOND.
THE DEFENSE REQUESTS TO DISMISS CHARGE 3 OF THE VIOLATION REPORT. THE COURT RESERVES DECISION.
THE DEFENSE HAS NOT MEET THE BURDEN OF PROOF THAT HE NOT A DANGER TO THE COMMUNITY. THE COURT FINDS THAT THE DEFENDANT WILL BE DETAINED UNTIL THIS MATTER IS COMPLETE.
 A HEARING IS SET FOR 11/24/2014 AT 2:00 P.M.