## VIOLATION OF SUPERVISED RELEASE

BEFORE JUDGE:  HURLEY, J.   DATE: JANUARY 15, 2015
         TIME:3:30- 3:35 PM

DOCKET NUMBER: CR-11-61      TITLE: USA  V. MCCRUDDEN


DEFT. NAME: VINCENT MCCRUDDEN DFT. #:   1
SUMMONS
        X _PRESENT  - ON SUPERVISED RELEASE IN CUSTODY
          ATTY FOR DEFT.: ABIGAIL FIELD
                      X PRESENT,   NOT PRESENT

A.U.S.A.: CHRISTOPHER CAFFARONE
DEPUTY CLERK: L. Lundy

COURT REPORTER(S) OR ESR OPERATOR: DOMINICK TURSI
INTERPRETER(S):
PROBATION OFFICER: GREGORY CARTER


        CASE CALLED FOR ARRAIGNMENT AS TO THE VIOLATION OF SUPERVISED
        RELEASE DATED 1/14/2015. THE DEFENDANT PLEADS NOT GUILTY TO
        THE VIOLATION OF SUPERVISED RELEASE DATED 1/14/2015. THE
        CURRENT BRIEFING SCHEDULE REMAINS IN PLACE AS TO CHARGES 1-3.
         ; DEFENDANT'S SUPPLEMENTAL BRIEF BY 1/26/2015;GOVERNMENT'S
RESPONSE BY 2/2/2015; THE OTHER CHARGES WILL BE HELD IN ABEYANCE.