

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:CCC
F. #2014R01574

*610 Federal Plaza*
*Central Islip, New York 11722*

February 2, 2015

By Hand and ECF

The Honorable Denis R. Hurley
United States Senior District Judge
United States District Court
Eastern District of New York
Central Islip, NY 11722

   Re: United States v. Vincent McCrudden
      Criminal Docket No. 11-061 (DRH)

Dear Judge Hurley:

  The government respectfully requests a three-day extension to respond to the defendant Vincent McCrudden's brief, which was filed on January 26, 2015. If the Court grants the government's request, the government's brief will be due on Thursday, February 5, 2015, and the defendant's reply to the government's brief will be due on Thursday, February 12, 2015. Defense counsel consents to this request.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney

     By:    /s/
          Christopher Caffarone
          Assistant U.S. Attorney
          (631) 715-7868

cc: Abigail C. Fields, Esq. (by ECF and e-mail)